IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: LANDRY'S SEAFOOD RESTAURANTS, INC., SECURITIES LITIGATION | § § § § | Master File No. H-99-1948<br><br>**CLASS ACTION** |

United States Courts
Southern District of Texas
ENTERED

MAR 6 2002

Michael N. Milby, Clerk of Court

## ORDER SETTING HEARING

IT IS HEREBY ORDERED that the preliminary settlement hearing to give preliminary approval to the proposed settlement in this case is set for Thursday, April 4, 2002, at 9:00 a.m. in Courtroom 9C, United States Courthouse, 515 Rusk Avenue, Houston, Texas.

IT IS SO ORDERED.

DATED: March 4, 2002

_____
THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

#146