

United States Courts
Southern District of Texas
ENTERED

JUN 1 3 2002

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re LANDRY'S SEAFOOD RESTAURANTS, INC. SECURITIES LITIGATION | § § § § § § § § § § § | Master File No. H-99-1948 <br><br> CLASS ACTION <br><br> DATE:   June 13, 2002 <br> TIME:   9:00 a.m. <br> COURTROOM: The Honorable <br> Melinda Harmon |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

**ORDER AWARDING PLAINTIFFS' COUNSEL'S FEES
AND REIMBURSEMENT OF EXPENSES**

160

THIS MATTER having come before the Court on June 13, 2002, on the application of counsel for the plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred in this Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of November 20, 2001 (the "Stipulation").

2.      This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3.      The Court hereby awards Representative Plaintiffs' Counsel attorneys' fees of 30% of the Settlement Fund and reimbursement of litigation expenses in the amount of $271,944.64, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.  Said fees and expenses shall be allocated among Representative Plaintiffs' Counsel in a manner which, in Plaintiffs' Settlement Counsel's good faith judgment, reflects each such Representative Plaintiffs' Counsel's contribution to the institution, prosecution and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.  The Court also awards $2,700 and $3,000 to Lead Plaintiffs Vincent Pino and Herbert Stone as reimbursement for their time and expenses in prosecuting the Litigation on behalf of the Class.

4.     The awarded attorneys' fees and expenses shall be paid to Plaintiffs' Settlement Counsel immediately after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

DATED: June 13, 2002

_____
THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
KATHERINE BLANCK RADSAN

Attorney-in-Charge
California Bar No. 149110
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
KEITH F. PARK
THOMAS E. EGLER
DANIEL S. DROSMAN
STEPHANIE SCHRODER
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

WEISS & YOURMAN
JOSEPH H. WEISS
JOSEPH COHEN
551 Fifth Avenue, Suite 1600
New York, NY  10176
Telephone:  212/682-3025
212/682-3010 (fax)

Co-Lead Counsel for Plaintiffs

SCHWARTZ, JUNELL, CAMPBELL
  & OATHOUT, LLP
ROGER B. GREENBERG

State Bar No. 08390000
Federal I.D. No. 3932
Two Houston Center
909 Fannin, Suite 2000
Houston, TX  77010
Telephone:  713/752-0017
713/752-0327 (fax)

Liaison Counsel for Plaintiffs

N:\CASES\Landrys.set\ADC80072.ord

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.      That on June 5, 2002, declarant served the ORDER AWARDING PLAINTIFFS' COUNSEL'S FEES AND REIMBURSEMENT OF EXPENSES by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of June, 2002, at San Diego, California.

Adriana del Carmen

```
LANDRY'S
Service List - 05/31/02
Page   1
```

COUNSEL FOR PLAINTIFF(S)

```
Richard S. Schiffrin
Andrew L. Barroway
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
   610/667-7706
   610/667-7056 (fax)
```

```
Robert J. Dyer III
DYER & SHUMAN, LLP
801 East 17th Avenue
Denver, CO  80218-1417
   303/861-3003
   303/830-6920 (fax)
```

```
Zachary Alan Starr
STARR & HOLMAN LLP
10 East 40th Street, 29th Floor
New York, NY  10016
   212/684-6442
   212/684-6432 (fax)
```

```
Steven E. Cauley
Scott E. Poynter
Gina M. Cothern
CAULEY, GELLER, BOWMAN &
   COATES, LLP
P.O. Box 25438
Little Rock, AR  72221-5438
   501/312-8500
   501/312-8505 (fax)
```

```
John G. Emerson, Jr.
Craig von Sternberg
THE EMERSON FIRM
830 Apollo Lane
Houston, TX  77058
   281/488-8854
   281/488-8867 (fax)
```

```
Richard D. Kranich
LAW OFFICES OF RICHARD D.
   KRANICH
531 Main Street, Suite 407
New York, NY  10044-0107
   212/608-8965
   212/608-0886 (fax)
```

```
Marc R. Stanley
Roger L. Mandel
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue
Suite 750
Dallas, TX  75205
   214/443-4301
   214/443-0358 (fax)
```

```
Thomas E. Bilek
HOEFFNER & BILEK, LLP
440 Louisiana, Suite 720
Houston, TX  77002
   713/227-7720
   713/227-9404 (fax)
```

```
Katherine Blanck Radsan
MILBERG WEISS BERSHAD HYNES &
   LERACH LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC  20036
   202/822-6762
   202/828-8528 (fax)
```

```
*   Roger B. Greenberg
    SCHWARTZ, JUNELL, CAMPBELL &
       OATHOUT, LLP
    Two Houston Center
    909 Fannin, Suite 2000
    Houston, TX  77010
       713/752-0017
       713/752-0327 (fax)
```

LANDRY'S
Service List - 05/31/02
Page   2


COUNSEL FOR PLAINTIFF(S)

Thomas E. Egler
Daniel S. Drosman
Stephanie Schroder
MILBERG WEISS BERSHAD HYNES &
   LERACH LLP
401 B Street, Suite 1700
San Diego, CA  92101-5050
   619/231-1058
   619/231-7423 (fax)

Norman Berman
Jeffrey C. Block
BERMAN DEVALERIO PEASE TABACCO
   BURT & PUCILLO
One Liberty Square
Boston, MA  02109
   617/542-8300
   617/542-1194 (fax)

Joseph H. Weiss
Mark D. Smilow
* WEISS & YOURMAN
551 Fifth Avenue, Suite 1600
New York, NY  10176
   212/682-3025
   212/682-3010 (fax)

Jules Brody
Aaron Brody
Azivia Brody
STULL, STULL & BRODY
6 East 45th Street, 4th Floor
New York, NY  10017
   212/687-7230
   212/490-2022 (fax)

Robert M. Roseman
SPECTOR, ROSEMAN & KODROFF,
   P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
   215/496-0300
   215/496-6611 (fax)


COUNSEL FOR DEFENDANTS

Kathy D. Patrick
* GIBBS & BRUNS, L.L.P.
1100 Louisiana, Suite 5300
Houston, TX  77002
   713/650-8805
   713/750-0903 (fax)

Jerry L. Elmore
* FRANK, ELMORE, LIEVENS,
   CHESNEY & TURRET, L.L.P.
808 Travis Street, Suite 2600
Houston, TX  77002-5705
   713/224-9400
   713/224-0609 (fax)

David Sterling
Samuel Cooper
* BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002
   713/229-1234
   713/229-1522 (fax)

Nina F. Locker
Ellen Solomon
Ignacio E. Salceda
* WILSON SONSINI GOODRICH &
   ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304-1050
   650/493-9300
   650/565-5100 (fax)


   *  Denotes service via overnight delivery