



United States Cour[t]
Southern District of T[exas]
ENTERED

JUN 1 3 20[02]

Michael N. Milby, Clerk [of Court]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re LANDRY'S SEAFOOD RESTAURANTS, INC. SECURITIES LITIGATION | § Master File No. H-99-1948<br>§<br>§ <u>CLASS ACTION</u><br>§ |
| This Document Relates To:<br><br>ALL ACTIONS. | § DATE:   June 13, 2002<br>§ TIME:    9:00 a.m.<br>§ COURTROOM: The Honorable<br>§                     Melinda Harmon |

**ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

161

This matter having come before the Court on June 13, 2002, on plaintiffs' request for approval of Plan of Allocation of settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the meanings as set forth in the Stipulation of Settlement dated as of November 20, 2001 (the "Stipulation"), and filed with the Court.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members and who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity. This Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair, reasonable and adequate and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: June 13, 2002

THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
KATHERINE BLANCK RADSAN

Attorney-in-Charge
California Bar No. 149110
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036
Telephone: 202/822-6762
202/828-8528 (fax)

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
KEITH F. PARK
THOMAS E. EGLER
DANIEL S. DROSMAN
STEPHANIE SCHRODER
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

WEISS & YOURMAN
JOSEPH H. WEISS
JOSEPH COHEN
551 Fifth Avenue, Suite 1600
New York, NY 10176
Telephone: 212/682-3025
212/682-3010 (fax)

Co-Lead Counsel for Plaintiffs

SCHWARTZ, JUNELL, CAMPBELL
 & OATHOUT, LLP
ROGER B. GREENBERG
State Bar No. 08390000
Federal I.D. No. 3932
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
Telephone: 713/752-0017
713/752-0327 (fax)

Liaison Counsel for Plaintiffs

N:\CASES\Landrys.set\ADC80071.ord

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2. That on June 5, 2002, declarant served the ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of June, 2002, at San Diego, California.

_____
Adriana del Carmen

LANDRY'S
Service List - 05/31/02
Page    1


COUNSEL FOR PLAINTIFF(S)

Richard S. Schiffrin
Andrew L. Barroway
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA   19004
   610/667-7706
   610/667-7056 (fax)

Zachary Alan Starr
STARR & HOLMAN LLP
10 East 40th Street, 29th Floor
New York, NY   10016
   212/684-6442
   212/684-6432 (fax)

John G. Emerson, Jr.
Craig von Sternberg
THE EMERSON FIRM
830 Apollo Lane
Houston, TX   77058
   281/488-8854
   281/488-8867 (fax)

Marc R. Stanley
Roger L. Mandel
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue
Suite 750
Dallas, TX   75205
   214/443-4301
   214/443-0358 (fax)

Katherine Blanck Radsan
MILBERG WEISS BERSHAD HYNES &
  LERACH LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC   20036
   202/822-6762
   202/828-8528 (fax)

Robert J. Dyer III
DYER & SHUMAN, LLP
801 East 17th Avenue
Denver, CO   80218-1417
   303/861-3003
   303/830-6920 (fax)

Steven E. Cauley
Scott E. Poynter
Gina M. Cothern
CAULEY, GELLER, BOWMAN &
  COATES, LLP
P.O. Box 25438
Little Rock, AR   72221-5438
   501/312-8500
   501/312-8505 (fax)

Richard D. Kranich
LAW OFFICES OF RICHARD D.
  KRANICH
531 Main Street, Suite 407
New York, NY   10044-0107
   212/608-8965
   212/608-0886 (fax)

Thomas E. Bilek
HOEFFNER & BILEK, LLP
440 Louisiana, Suite 720
Houston, TX   77002
   713/227-7720
   713/227-9404 (fax)

\* Roger B. Greenberg
SCHWARTZ, JUNELL, CAMPBELL &
  OATHOUT, LLP
Two Houston Center
909 Fannin, Suite 2000
Houston, TX   77010
   713/752-0017
   713/752-0327 (fax)

LANDRY'S
Service List - 05/31/02
Page   2


COUNSEL FOR PLAINTIFF(S)

Thomas E. Egler
Daniel S. Drosman
Stephanie Schroder
MILBERG WEISS BERSHAD HYNES &
  LERACH LLP
401 B Street, Suite 1700
San Diego, CA  92101-5050
   619/231-1058
   619/231-7423 (fax)

Norman Berman
Jeffrey C. Block
BERMAN DEVALERIO PEASE TABACCO
  BURT & PUCILLO
One Liberty Square
Boston, MA  02109
   617/542-8300
   617/542-1194 (fax)

Joseph H. Weiss
Mark D. Smilow
\* WEISS & YOURMAN
551 Fifth Avenue, Suite 1600
New York, NY  10176
   212/682-3025
   212/682-3010 (fax)

Jules Brody
Aaron Brody
Azivia Brody
STULL, STULL & BRODY
6 East 45th Street, 4th Floor
New York, NY  10017
   212/687-7230
   212/490-2022 (fax)

Robert M. Roseman
SPECTOR, ROSEMAN & KODROFF,
  P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
   215/496-0300
   215/496-6611 (fax)


COUNSEL FOR DEFENDANTS

Kathy D. Patrick
\* GIBBS & BRUNS, L.L.P.
1100 Louisiana, Suite 5300
Houston, TX  77002
   713/650-8805
   713/750-0903 (fax)

Jerry L. Elmore
\* FRANK, ELMORE, LIEVENS,
   CHESNEY & TURRET, L.L.P.
808 Travis Street, Suite 2600
Houston, TX  77002-5705
   713/224-9400
   713/224-0609 (fax)

David Sterling
Samuel Cooper
\* BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002
   713/229-1234
   713/229-1522 (fax)

Nina F. Locker
Ellen Solomon
Ignacio E. Salceda
\* WILSON SONSINI GOODRICH &
   ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304-1050
   650/493-9300
   650/565-5100 (fax)


   \* Denotes service via overnight delivery